RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Gizelle M. Rivera, Operations Manager
cn=Gizelle M. Rivera, Operations Manager,
o=USDC-PR,
email=Gizelle_Rivera@prd.uscourts.gov, c=US
2025.06.30 16:56:18 -04'00'

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, <br><br> v. <br><br> WANDA VAZQUEZ GARCED, Defendant. | INFORMATION <br><br> Criminal No. 25-296-SCC |

The United States Attorney Charges:

### COUNT ONE
Contribution by a Foreign National
52 U.S.C. § 30121

From on or about March 2020 to on or about June of 2020, Wanda Vazquez Garced, aided and abetted by others, did knowingly and willfully accept a promise of a political contribution from a foreign national, in connection with her candidacy in the New Progressive Party's primary election to select its nominee for Governor of Puerto Rico in the 2020 general election, aggregating more than $2,000, but less than $25,000, during the calendar year. All in violation of 52 U.S.C. § 30121 (Contribution by a Foreign National) and § 30109(d)(1)(A)(ii) (Penalties for Violations) and 18 U.S.C. § 2.

W. STEPHEN MULDROW
United States Attorney

By: _____
Myriam Y. Fernandez-Gonzalez
Assistant United States Attorney