| Case name: U.S. v. Wanda Vázquez |
| --- |
| Case number:  25-CR-296SCC |
| Date of recording: August 27, 2025 |
| Duration: 00:03:49 |
| Participants: Ms.  Wanda Vázquez, UF, UM |
| [I/I] Ininteligible [U/I] Unintelligible |
| Words in language other than original in italics |

| Speaker | Spanish | English |
| --- | --- | --- |
|  | [Comienzo de grabación] | [Beginning of recording] |
| Ms.  Wanda Vázquez | gobernadora, secretaria, y todos los puestos que he tenido por mis esfuerzos y por mi trabajo. Eh, ciertamente, al ser gobernadora, y llegar este momento  de ser candidata, tuve unas personas a mi lado en quienes confié con mi poca o ninguna experiencia política. Y ustedes sabrán que esto surge cerrando yo el gobierno, y mi concentración total era salvarles la vida a los puertorriqueños. Así que yo me concentré en mi gestión de gobierno, que era el COVID y todas las cosas que nosotros, las emergencias que me tocaron, así que el aspecto político más bien lo, lo confié en unas personas que tenía alrededor mío, que tenían la responsabilidad, verdad, de, de verificar las cosas, no lo hicieron, y yo estoy aquí, aceptando esa responsabilidad, porque, pues, era la presidenta del partido, era la candidata. Lo importante es que esto que pasa hoy, el pueblo de Puerto Rico sepa y todos ustedes, verdad, puedan transmitirlo, no tiene que ver nada con mi función pública. No tiene que ver nada conmigo como gobernadora, sino que, si ustedes escucharon la estipulación, y ustedes escucharon el delito, es un delito | governor, secretary, and all the positions I have had because of my efforts and because of my work. Um, certainly, being governor, and that time of being a candidate arriving, I had some people at my side in whom I trusted, having little or no political experience. And you must know that this arises when I was closing down the government, and my complete focus was saving Puerto Rican lives. So, I focused on my administration of government, which was COVID and all the things that we, the emergencies that I had to deal with, so in the political aspect, I really, entrusted it to some people who I had around me who had the responsibility, right, of, of verifying things. They did not do it, and I am here, accepting that responsibility because, well, I was the president of the party, I was the candidate. The important thing is that this which is happening today, that the people of Puerto Rico know, and that all of you, right, are able to  broadcast it, it has nothing to do with my public role. It has nothing to do with me as governor, but rather, if you heard the stipulation, and you heard the crime, it is a crime as a |

| | | |
|---|---|---|
| | como candidata, a un puesto político. No tiene que ver nada con la función pública, ni con mi gestión de gobierno, verdad. Yo creo que eso es bien importante. Eh, y, pues, ah, estoy aquí asumiendo esa responsabilidad. Yo quiero, particularmente, agradecerles a mis abogados, porque cuando yo salí aquel cuatro de agosto, que estaban ustedes allí también cuando me radicaron, yo les dije que eso era un proceso injusto, y que de eso que me estaban imputando yo era inocente. Hoy, al cabo de tres años vemos cómo, gracias a la defensa de mis abogados, que investigaron este caso, el investigador, verdad, que Dios lo tenga en la gloria, Robert Vizcarrondo, que hicieron unas investigaciones a, en su totalidad, de todo lo que nos habían entregado, pudieron demostrar que ese *indictment* no era correcto, que no era cierto, que era lo que yo les dije a ustedes, verdad. Así que eso eventualmente, verdad, pasará, el día de la sentencia cuando archiven ese *indictment*. | candidate, to a political position. It has nothing to do with my administration of the government, right. I believe this is very important. Um, and, well, um, I am here, assuming that responsibility. I want, particularly, to thank my attorneys, because when I left that August fourth, you were also there when they filed against me, I told you that it was an unjust case, and that I was innocent of that which I was being accused. Today, after three years, we see how, thanks to my attorneys' defense, who investigated this case, the investigator, right, Robert Vizcarrondo, may God keep him in His glory, who did some investigations of, in its totality, of everything that had been turned over to us, they were able to show that that indictment was not right, that it was not true, that it was what I told you, right. So, it eventually, right, will happen, on the day of the sentencing, when they close the file on that indictment. |
| UF | Gobernadora, ¿qué visualiza para su futuro, eh, quisiera regresar a la abogacía, y le preo, le preocupa que ahora que es convicta, pudiese ser desaforada? | Governor, what do you visualize for your future, um, would you like to go back to practicing as an attorney, and does it con, concern you that now that you have been convicted, you could be disbarred? |
| Ms. Wanda Vázquez | Bueno, recuerden que es un delito menos grave. Así que, al ser un delito menos grave que no envuelve depravación, es una determinación del Tribunal Supremo, verdad. Siempre lo tengo bien presente. Yo actualmente estoy ejerciendo como abogada, así que nada, estoy retirada | Well, remember that it is a misdemeanor. So, since it is a misdemeanor which does not involve depravity, it is the Supreme Court's decision, right. I've always kept that very much in mind. I am currently practicing as an attorney, so, nothing, I am also retired, so, I believe that we are |

|  | también, así que, yo creo que vamos a, a ver varias cosas, verdad, donde nosotros necesitamos descanso, necesitamos paz, eh, después de todos estos tres años, porque ciertamente este *indictment*, en la próxima, vez que vengamos aquí al tribunal, lo van a archivar, pero fueron tres años de tortura, de angustia, de sufrimiento, de escuchar muchas cosas, como ustedes vieron en la moción, que radicaron, el, el licenciado radicó, eh, que estuvimos viviendo durante esos tres años, así que todas esas cosas, nada, las vamos a evaluar. Necesitamos tranquilidad, necesitamos paz, y, sobre todo, agradecimiento a todas las personas que me han escrito, y que siempre en la calle me apoyaron, eh, y que vieron que al final del camino lo que yo les dije aquel cuatro de agosto fue, fue la realidad. | going to, to see several things, right, where we need rest, we need peace, um, after all these three years, because certainly they will close the file of this indictment, during the next, time that we come here to court, they're going to close the file, but it was three years of torture, of anguish, of suffering, of hearing a lot of things, like you saw in the motion, that they filed, the, the attorney filed, um, that we were living through during those three years, so all of those things, nothing, we are going to evaluate them. We need tranquility, we need peace, and, above all, to be thankful to all of those people who have written to me, and who always supported me in the street, um, and who saw that at the end of the road what I had told them that August fourth; was, was the reality. |
|  | [Voces múltiples a la vez] | [Overlapping voices] |
| UF | [I/I], | [U/I], |
| UM | ¿[I/I] la candidatura? Eh, gobernadora, fue, | [U/I], the candidacy? Um, governor, was, |
| UF | [I/I] … | [U/I] … |
| UM | fue un error tratar de dar ese paso, y entonces, iniciar un proceso, que finalmente desemboca en todo esto [I/I]? | was it a mistake to try to take that step, and then, initiate a process that ended in all this [U/I]? |
| Ms. Wanda Vázquez | Eh, no era política de carrera, verdad, | Um, I was not a career politician, right, |
|  | [Ruido] | [Noise] |
| Ms. Wanda Vázquez | yo estoy clara en eso. | I'm clear on that. |
|  | [Ruidos] | [Noises] |

| Ms. Wanda Vázquez | Yo siempre lo dije, pero, mientras estuve en la gobernación, vi la necesidad del pueblo de tener a una persona que no fuera política, que pensara en todo el mundo, que fuera gobernadora para todos los puertorriqueños, que no tuviera colores. Y yo, representaba esa persona. Así que en ese momento quise ponerme a disposición. Vuelvo y le digo, | I always said it, but, while I was in the governorship, I saw the need of the people to have a person that was not a politician, who thought of everyone, who would be a governor for all Puerto Ricans, who had no colors. And I, represented that person. So at that time, I wanted to make myself available. I will tell you once again, |
|---|---|---|
|  | [Ruido] | [Noise] |
| Ms. Wanda Vázquez | me concentré en la gestión del gobierno, y, confié, eh, todo ese proceso político, en unas personas que tenía alrededor mío, verdad, que no hicieron bien su trabajo y yo estoy aquí asumiendo la responsabilidad. Es mi responsabilidad, | I focused on the administration of the government, and, I trusted, um, all of that political process, to some people whom I had around me, right, who did not do their job well and I am here assuming the responsibility. It is my responsibility. |
| UF | [I/I]. | [U/I]. |
| Ms. Wanda Vázquez | eh, ellos debieron haberlo hecho, pero yo lo asumí por todos ellos. | um, they should have done it, but I assumed it for all of them. |
|  | [Ruidos] | [Noises] |
|  | [Voces indistinguibles] | [Indistinct voices] |
| UF | [I/I] muchísimas gracias [I/I] … | [U/I] thank you very much [U/I] … |
| Ms. Wanda Vázquez | Gracias a ustedes. Buen día. | Thank you. Have a good day. |
|  | [Termina grabación] | [End of recording] |

4

# CERTIFIED INTERPRETING & TRANSLATING SERVICES, INC.
3 Island Avenue, 3H, Miami Beach, Florida, 33139
(305)490-9265
**CERTIFICATE OF ACCURACY**

I hereby certify that I, María del Pilar Fernández, am a professionally qualified translator, fully versed in the Spanish and English languages. I am a certified court interpreter, holding the Federal Court Interpreter Certification as well as the State of Florida Court Interpreter Certification, number 03-147, a Bachelor of Arts in Writing for the Media in Spanish from the University of the Sacred Heart in Santurce, Puerto Rico, and a Master of Arts in Bilingual Legal Interpreting from the University of Charleston in Charleston, South Carolina. I attest that the foregoing is, to the best of my knowledge, ability and belief, a true and correct transcript of the audio-visual recording in Spanish ( audio-video recording of Wanda Vázquez-Telemundo- duration of 00:03:49) presented to me, and translation into English of the resulting text.

Miami-Dade County, Florida on this first (18th) day of September, two thousand twenty-five (2025).

*[signature]*

María del Pilar Fernández