# THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>Vs<br><br>WANDA VAZQUEZ GARCED,<br><br>Defendants. | Criminal No. 25-cr-296(SCC) |

## MOTION FOR AN EXTENSION OF TIME TO FILE FORMAL OBJECTIONS TO PRESENTENCE REPORT

**TO THE HONORABLE COURT**:

COMES NOW defendant WANDA VÁZQUEZ GARCED ("Vázquez-Garced"), by and through her undersigned attorneys, and respectfully moves this Court for a fifteen (15) day extension of time to file formal objections to the Presentence Investigation Report, and in support thereof states:

## I. PROCEDURAL BACKGROUND

1. The United States Probation Office issued its Presentence Investigation Report ("PSR") on October 2, 2025. (ECF No. 10.)

2. The Court granted Vázquez-Garced an extension until October 31, 2025, to file her objections to the PSR. (ECF No. 18.)

3. On October 28, 2025, and in accordance with Local Rule 132(b)(3)(A)'s requirement to "seek informal resolution of any disputed matter in the PSR by consultation with each other and the probation officer prior to filing written objections," defense counsel sent a detailed letter to the probation officer outlining Vázquez-Garced's objections and requesting an informal resolution conference. A copy of that letter was simultaneously served on the government.

## II. STATUS OF INFORMAL RESOLUTION PROCESS

4. On October 30, 2025, defense counsel contacted the probation officer via email to schedule a meeting to discuss Vázquez-Garced's objections and attempt to resolve them informally before filing formal objections with the Court.

5. The probation officer promptly responded, agreeing to meet with defense counsel next week to discuss the objections. The probation officer also indicated that she would respond promptly to the objections raised in defense counsel's October 28th letter.

6. Following the meeting with the probation officer and upon receiving the probation officer's response to the objections, defense counsel will consult with government counsel and attempt to reach agreement on disputed matters before filing formal objections with the Court.

7. This informal resolution process—which Local Rule 132(b)(3)(A) expressly requires—will take approximately fifteen (15) days to complete. This timeline accounts for: (a) scheduling and conducting the meeting with the probation officer; (b) allowing the probation officer adequate time to review the objections and provide her response; (c) consulting with government counsel regarding any remaining disputes; and (d) filing formal objections if informal resolution is not achieved.

## III. GROUNDS FOR EXTENSION

8. Defense counsel is complying with Local Rule 132(b)(3)(A)'s mandatory requirement to seek informal resolution before filing written objections. The probation officer has agreed to participate in this process and will be responding to the objections. Granting this extension will promote judicial economy by potentially narrowing or resolving disputed issues before they are presented to the Court.

9. This extension will not delay the sentencing proceeding, which is currently scheduled for December 4, 2025. (ECF No. 16.) Even with the requested extension, there will be ample time for the Court to review any formal objections and for the parties to address any unresolved disputes at sentencing.

**WHEREFORE,** defendant Vázquez Garced respectfully requests that this Court GRANT this motion and extend the deadline to file formal objections to the Presentence Investigation Report until **November 17, 2025**.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, October 31, 2025.

| | |
|---|---|
| **s/Peter John Porrata**<br>PETER JOHN PORRATA<br>USDC – PR 128901<br>POB 3943<br>Guaynabo, PR 00969-3943<br>Tel. 407-953-9888<br>peterjohnporrata@gmail.com | **s/ Luis A. Plaza-Mariota**<br>Luis A. Plaza-Mariota<br>USDC - PR 124806<br>Luis A. Plaza Law Offices<br>P.O. Box 362122<br>San Juan, PR  00936-2122<br>Tel: 787-764-0310<br>plaza@luisplazalaw.com |
| **s/ Edgar Sanchez Mercado**<br>EDGAR SANCHEZ MERCADO<br>USDC-PR 227004<br>Tel. 787-565-0916<br>esmlawoffice@gmail.com<br><br>255 Avenida Ponce de León, Suite 1210<br>San Juan, Puerto Rico 00918-1475 | **s/ Ignacio Fernández de Lahongrais**<br>IGNACIO FERNANDEZ DE LAHONGRAIS<br>USDC - PR 211603<br>Tel. 787-923-5789<br>ignacio@bufetefernandezalcaraz.com<br><br>255 Avenida Ponce de León, Suite 1210<br>San Juan, Puerto Rico 00918-1475<br><br>*Attorneys for Wanda Vazquez Garced* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this same date, the undersigned attorney filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for all parties in this action.

**s/ Ignacio Fernández de Lahongrais**
IGNACIO FERNANDEZ DE LAHONGRAIS
USDC - PR 211603
Tel. 787-923-5789
ignacio@bufetefernandezalcaraz.com

255 Avenida Ponce de León, Suite 1210
San Juan, Puerto Rico 00918-1475