IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WANDA VAZQUEZ-GARCED,<br>Defendant. | CRIM. NO. 25-296 (SCC) |

### MOTION TO WITHDRAW AS GOVERNMENT COUNSEL OF RECORD

The United States of America, by and through its undersigned attorney, respectfully requests the undersigned to be withdrawn from the case. The undersigned is currently serving in the Computer Crime & Intellectual Property Section and is no longer assigned to the case.

WHEREFORE, the United States respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of Nicholas W. Cannon as the attorney for the prosecution in the instant case.

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

RESPECTFULLY SUBMITTED, this 7th day of November, 2025.

JOHN LYNCH
Chief, Computer Crime &
Intellectual Property Section
U.S. Department of Justice

*/s/Nicholas W. Cannon*
Nicholas W. Cannon
Senior Counsel (G01814)
Computer Crime & Intellectual Property Section
1301 New York Ave., NW, 5th Floor
Washington, D.C. 20530
(202) 514-8187
nicholas.cannon2@usdoj.gov