# THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>Vs<br><br>WANDA VAZQUEZ GARCED,<br><br>Defendant. | Criminal No. 25-cr-296 (SCC) |

### NOTICE OF FULL AND UNCONDITIONAL PRESIDENTIAL PARDON

**TO THE HONORABLE COURT**:

COMES NOW defendant WANDA VAZQUEZ GARCED, by and through her attorneys, and provides notice to the Court that she has received and accepted a full and unconditional pardon issued by the President of the United States on January 20, 2026. See Exhibit 1.

In light of the full and unconditional presidential pardon and Defendant's acceptance thereof, this matter is moot and Defendant respectfully requests that the Court dismiss with prejudice the above-captioned case and order it closed.

WHEREFORE, having provided notice of the presidential pardon and Defendant's acceptance thereof, Defendant respectfully requests that this Court dismiss the above-captioned case with prejudice and order it closed.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, January 21, 2026.

*Notice of a Full and Unconditional Pardon*

**s/Peter John Porrata**
PETER JOHN PORRATA
USDC – PR 128901
POB 3943
Guaynabo, PR 00969-3943
Tel. 407-953-9888
peterjohnporrata@gmail.com

**s/ Luis A. Plaza-Mariota**
Luis A. Plaza-Mariota
USDC - PR 124806
Luis A. Plaza Law Offices
P.O. Box 362122
San Juan, PR 00936-2122
Tel: 787-764-0310
plaza@luisplazalaw.com

**s/ Edgar Sanchez Mercado**
EDGAR SANCHEZ MERCADO
USDC-PR 227004
Tel. 787-565-0916
esmlawoffice@gmail.com

255 Avenida Ponce de León, Suite 1210
MCS Plaza
San Juan, Puerto Rico 00918-1475

**s/ Ignacio Fernández de Lahongrais**
IGNACIO FERNANDEZ DE LAHONGRAIS
USDC - PR 211603
Tel. 787-923-5789
ignacio@bufetefernandezalcaraz.com

255 Avenida Ponce de León, Suite 1210
MCS Plaza
San Juan, Puerto Rico 00918-1475

*Attorneys for Wanda Vazquez Garced*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this same date, the undersigned attorney filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for all parties in this action.

**s/ Ignacio Fernández de Lahongrais**
IGNACIO FERNANDEZ DE LAHONGRAIS
USDC - PR 211603
255 Avenida Ponce de León, Suite 1210
San Juan, Puerto Rico 00918-1475
Tel. 787-923-5789
ignacio@bufetefernandezalcaraz.com